UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :   NO: 11-CR-009-JJB-SCR |
| *Versus* | : |
| | : |
| | : |
| CHIKENNA JONES, ET AL. | : |

**REQUESTED JURY CHARGES**

The defendant, Chikenna Jones, respectfully requests that the Court instruct the Jury with the following Fifth Circuit Pattern Jury Instructions, in addition to standard Fifth Circuit Pattern Jury Instructions which the Court normally reads, in this case:

   1.05   Presumption of Innocence, Burden of Proof, Reasonable Doubt
   1.06   Evidence—Excluding What is Not Evidence
   1.07   Evidence—Inferences--Direct and Circumstantial
   1.08   Credibility of Witnesses
   1.09   Character Evidence
   1.10   Impeachment by Prior Inconsistencies
   1.13   Impeachment by Evidence of Untruthful Character
   1.15   Accomplice—Co-Defendant—Plea Agreement
   1.17   Expert Witness
   1.19   Caution—Consider Only Crime Charged
   1.23   Multiple Defendants—Multiple Counts
   1.24   Duty to Deliberate—Verdict Form
   1.30   Similar Acts
   1.37   Knowingly—To Act
   1.38   "Willfully"—To Act
   1.42   Cautionary Instruction During Trial-Transcript of Tape Recorded Conversation
   1.43   Summaries and Charts Not Received in Evidence
   2.20   Conspiracy

RESPECTFULLY SUBMITTED:

 s/ MichaelA. Fiser
MICHAEL A. FISER
Attorney at Law
830 Main Street
Baton Rouge, LA 70802
Phone: (225)343-5059
Fax: (225)336-4667
Email: michael@fiserlaw.com
Bar Roll No: 28575

## CERTIFICATE OF SERVICE

I hereby certify that, on October 24, 2011, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                           s/ Michael A. Fiser
                                           MICHAEL A. FISER

*Page 3 of 3*

Case 3:11-cr-00009-JJB -SCR   Document 120   10/24/11   Page 3 of 3