UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | NO: 11-CR-009-JJB-SCR |
| *Versus* | : | |
| | : | |
| | : | |
| CHIKENNA JONES, ET AL. | : | |

### CHIKENNA JONES' REQUESTED VOIR DIRE QUESTIONS

NOW INTO COURT, through undersigned counsel, comes defendant, Chikenna Jones, who requests that the Court ask the following voir dire questions at the trial of this matter:

(1) Each of you should state:
    (a) your name;
    (b) the area of town in which you live;
    (c) your marital status (whether married, single, widowed or divorced);
    (d) your occupation (if retired, your previous occupation);
    (e) your spouse's (or former spouse's) occupation, (if retired, his/her previous occupation);
    (f) the ages and occupations of your children.

(2) Do you know or recognize any other prospective jury panelist in the courtroom?
    (a) If yes, what is the basis of the relationship?
    (b) Would such a relationship or acquaintance influence your judgment in this case?

(3) Do you know any law enforcement employees?
    (a) What is your relationship with them?
    (b) What agency do they work for?
    (c) Do they discuss their work with you?

(4) Do you have any medical or physical condition that would make it difficult to serve as a juror? If yes, please explain.

(5) Do you know or recognize the defendant, the prosecutors, the defense attorney, the judge, or any other court personnel involved in this case? If yes, please explain.

(6) Do you know, or have you heard of any of the potential witnesses in this case? If yes, please state each person and describe your knowledge of them.

*Page 1 of 4*

Case 3:11-cr-00009-JJB -SCR   Document 121   10/24/11   Page 1 of 4

(7)   Have any of you worked in the health care industry? If so, in what capacity?

(8)   Do any of you receive medicare/medicaid benefits?

(9)   Would any of you tend to give any greater weight or credibility, no matter how slight, to the testimony of a federal agent or prosecution witness merely because they are employees of, or are testifying on behalf of the government?

(10)  Do you understand that an indictment is only a piece of paper which notifies the defendant that he is being charged with a crime?

(11)  Do you understand that an indictment is not evidence that the crime charged was committed and may not be considered as evidence by you in deliberations?

(12)  Do you understand that the defendant entered a plea of not guilty and is innocent until proven otherwise?

(13)  Do you have any difficulty presuming the defendant innocent now?

(14)  Do you understand that the government is required by law to prove the defendant guilty beyond a reasonable doubt?

(15)  If the government fails to meet that burden, you must find the defendant not guilty. Does anyone feel uncomfortable holding the government to their burden?

(16)  Do you understand that the defendant does not have to testify at trial and nothing can be inferred from him not testifying?

(17)  Have you read or heard anything about this case before coming here today?

(18)  Have you previously served on a jury, civil or criminal? If yes:
  (a)  when?
  (b)  what type of case?
  (c)  did you reach a verdict? If so, what was that verdict?

(19)  Have any of you ever served on a federal or state grand jury? If so:
  (a)  when and where?

(20)  Have any of you, any members of your immediate family, or close personal friends ever been a party to or testified in a civil or criminal trial or before a grand jury? If so, please explain.

(21)  Have you had an experience as a victim or has a relative or close friend been a victim of a crime? If so, please explain.

*Page 2 of 4*

Case 3:11-cr-00009-JJB -SCR   Document 121   10/24/11   Page 2 of 4

(22) Have you or any of your close friends or relatives ever been convicted of any crime?
    (a) Did you think they were adequately represented by an attorney?
    (b) Did you think they were treated fairly?

RESPECTFULLY SUBMITTED:

s/ Michael A. Fiser
MICHAEL A. FISER
Attorney at Law
830 Main Street
Baton Rouge, LA 70802
Phone: (225)343-5059
Fax: (225)336-4667
Email: michael@fiserlaw.com
Bar Roll No: 28575

## CERTIFICATE OF SERVICE

I hereby certify that, on October 24, 2011, a copy of the foregoing document and its attachments was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                               s/ Michael A. Fiser
                                               MICHAEL A. FISER