UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO: 11-CR-009-JJB-SCR |
| *Versus* | : | |
| | : | |
| | : | |
| CHIKENNA JONES, ET AL. | : | |

**JOINT MOTION TO SUBSTITUTE COUNSEL**

Comes now defendant, Chikenna Jones, who requests the substitution of S. Stephen Spring, II, and the firm of Spring & Spring, LLC, in place of appointed counsel, Michael A. Fiser, as counsel of record in these proceedings.

RESPECTFULLY SUBMITTED:

s/ Michael A. Fiser
MICHAEL A. FISER
Attorney at Law
830 Main Street
Baton Rouge, LA 70802
Phone: (225)343-5059
Fax: (225)336-4667
Email: michael@fiserlaw.com
Bar Roll No: 28575

s/ Stephen Spring
SPRING & SPRING, LLC
Attorneys at Law
S. Stephen Spring, II
733 East Airport Avenue, Ste. 104
Baton Rouge, LA 70806
Phone: (225)932-9671
Fax: (413)451-8923
Email: springlaw@gmail.com
Bar Roll No: 12347

*Page -1-*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 25, 2011, a copy of the foregoing JOINT MOTION TO SUBSTITUTE COUNSEL was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

s/ Michael A. Fiser<br>MICHAEL A. FISER

*Page -2-*

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | NO: 11-CR-009-JJB-SCR |
| *Versus* : | |
| : | |
| : | |
| CHIKENNA JONES, ET AL. : | |

# ORDER

The Court has considered the foregoing Joint Motion to Substitute Counsel. Having considered the motion, it is

ORDERED that S. STEPHEN SPRING, II, and the firm of Spring & Spring, LLC, 733 East Airport Avenue, Ste. 104, Baton Rouge, LA 70806, be substituted as counsel of record in these proceedings in place of appointed counsel, MICHAEL A. FISER, 830 Main Street, Baton Rouge, LA 70802.

Baton Rouge, Louisiana, this ____ day of _____, 2011.

_____
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA