UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
OCTOBER 27, 2011
BRADY, J.

UNITED STATES OF AMERICA

CRIMINAL

VERSUS

NO. 11-9-JJB-SCR

CHIKENNA JONES

This matter came on for a hearing on Motion to Substitute Counsel (doc. no.

125) filed by defendant.

PRESENT:    Oliver Benton Curtis, III, Esq.
            David Michael Maria, Esq.
            Counsel for United States

            Michael Adams Fiser, Esq.
            Counsel for Chikenna Jones

            Frank Holthaus, Esq.
            Counsel for Henry Jones

            Stanley Stephen Spring, II, Esq.
            On behalf of Chikenna Jones

            Arthur F. Schafer, Esq.
            On behalf of Chikenna Jones

The court questions Ms. Jones and Mr. Fiser.

The United States presents argument to the court.

Mr. Spring and Mr. Schafer speak to the court.

Mr. Holthaus makes a statement to the court.

For oral reasons given, the court DENIES the motion.

S. Thompson/Reporter
c: CR 34a; T-30 mins.