UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO: 11-CR-009-JJB-SCR-3 |
| *Versus* | : | |
| | : | |
| CHIKENNA JONES | : | |

## NOTICE OF APPEAL

Notice is hereby given that, CHIKENNA JONES wishes to appeal to the United States Court of Appeals for the Fifth Circuit, from her conviction and sentence entered in the District Court on November 10, 2011, and July 24, 2012, respectively; JONES also desires to appeal every adverse pre-trial and post-trial ruling rendered by the District Court against her in these proceedings.

RESPECTFULLY SUBMITTED:

s/ Michael A. Fiser
MICHAEL A. FISER
Attorney at Law
830 Main Street
Baton Rouge, LA 70802
Phone: (225)343-5059
Fax: (225)336-4667
Email: michael@fiserlaw.com
Bar Roll No: 28575

*Page -1-*

Case 3:11-cr-00009-JJB-SCR   Document 262   07/31/12   Page 1 of 2

## CERTIFICATE OF SERVICE

I hereby certify that, on July 31, 2012, a copy of Chikenna Jones' *Notice of Appeal* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to lead prosecutor David Maria, and all counsel of record by operation of the Court's electronic filing system.

s/ Michael A. Fiser
MICHAEL A. FISER
