| | | | |
|---|---|---|---|
| **Reference** | Civil Manual | Criminal Manual | Barred Filers List |
| | Civil Events | Criminal Events | View Docket Sheet |

## Basics

| | |
|---|---|
| Submitted by: | |
| Subject: | APPEAL -CRIMINAL NO. 11-09-JJB-SCR - CHIKENNA JONES |

```
TO:        CLERK OF COURT
UNITED STATES MIDDLE DISTRICT OF LOUISIANA

RE:  APPEAL  -  CRIMINAL NO.  11-09-JJB-SCR  -  CHIKENNA
JONES

Christopher Aberle accepted the appointment to represent
Chikenna Jones on
July 31, 2012,  in her appeal proceedings.  Mr. Aberle is a
member of the
CJA panel.  If you have any questions please do not hesitate
to call.

Thank you,
Vanessa Landry
Administrative Assistant
Office of the Federal Public Defender
707 Florida Street, Suite 303
Baton Rouge, LA   70801
(225) 382-2118
```

| | |
|---|---|
| Message: | |
| Processed By:on 08/02/2012 08:27 AM | |
| Problem By: | on |
| Completed By: | on |

| Item Status: | |
|---|---|
| Comments: | |
| Additional Attachments: | |

## Advanced